FILED

11/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0381

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0381

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CHRISTOPHER LAPOINTE,

      Defendant and Appellant.

**ORDER**

Upon consideration of the State's motion for a 60-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 15, 2025, within which to prepare, serve, and file its response brief.

CLG

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 11 2024